

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERTINA RANSOM, | § | No. 08-22-00063-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| UNIVERSITY OF TEXAS AT EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV1513) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)